IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Criminal Action No. 14-05-RGA |
| | ) | |
| BRIAN D. BAILEY, | ) | |
| | ) | |
| Defendant. | ) | |

**JOINT MOTION TO SCHEDULE SENTENCING HEARING**

NOW COMES the parties, the United States of America, by and through its undersigned attorneys (the "Government"), and the defendant, Brian D. Bailey ("Defendant"), by and through his attorney, John Deckers, who move jointly to schedule a Sentencing Hearing in the above captioned matter. The parties understand that the Court has availability to conduct the Sentencing Hearing on Thursday, January 17, 2019, at 2:00 p.m. The parties respectfully request that the Court enter the attached order to schedule the hearing on that date and time.

Respectfully Submitted,

DAVID C. WEISS

United States Attorney
District of Delaware

/s/      By:    /s/
John Deckers                       Robert F. Kravetz
Attorney for Defendant       Jennifer L. Hall
                                         Jamie M. McCall
                                         Assistant United States Attorneys

Dated: November 1, 2018

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Criminal Action No. 14-05-RGA |
| | ) | |
| BRIAN D. BAILEY, | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

WHEREAS, the parties filed a Joint Motion to Schedule Sentencing Hearing on November 1, 2018;

WHEREAS, the parties requested that the Sentencing Hearing occur on Thursday, January 17, 2019, at 2:00 p.m.

NOW THEREFORE, IT IS HEREBY ORDERED that:

A Sentencing Hearing will be held on **Thursday, January 17, 2019, at 2:00 p.m.,** in Courtroom No. 6A on the 6th Floor, Boggs Federal Building, Wilmington, Delaware.

_____          _____
Date          Hon. Richard G. Andrews
         United States District Judge